Decided October 6, 2004

KELLY ALLISON *v.* MICHAEL T. MANETTA ET AL.

The petition by the defendant state of Connecticut for certification for appeal from the Appellate Court, 84 Conn. App. 535 (AC 24663), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Lorinda S. Coon*, in support of the petition.

*John C. Fitzgerald, Jr.*, in opposition.

Decided October 6, 2004

BENJAMIN J. EGRI *v.* MICHAEL R. FOISIE ET AL.

The petition by the defendant state of Connecticut for certification for appeal from the Appellate Court, 83 Conn. App. 243 (AC 23738), is denied.

*Lorinda S. Coon*, in support of the petition.

*Max F. Brunswick*, in opposition.

Decided October 13, 2004